UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE CHARLES HARNDEN LIVING TRUST, a California trust, by and through its Trustee, Ronald Harnden, a California resident,<br><br>    Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>    Defendant | CASE NO. 4:12-cv-00116-CWD<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

**THIS COURT,** having considered the Stipulation to Dismiss (Dkt. 32) entered into by and among the parties hereto, and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the above-captioned action, in its entirety, be **DISMISSED** with prejudice, and each party shall bear its own costs, expenses and attorneys' fees.

Dated: **July 19, 2013**

Honorable Candy W. Dale
United States Magistrate Judge